## Vento *v.* Vento, Appellant.

Submitted September 8, 1975. *James J. Freeman* and *Richard L. Colden, Jr.,* for appellant; *Read Rocap, Jr., Christopher M. Cicconi,* and *Rocap, Rocap & Giunta,* for appellee.

Order affirmed.

## December 29, 1975

## Commonwealth *v.* Noel, Appellant.

Before CLARK, P. J., without a jury.

Argued November 19, 1975. *Robert H. Slone,* with him *Patrick Mahady,* for appellant; *W. Thomas Malcolm,* District Attorney, submitted a brief for Commonwealth, appellee.

OPINION PER CURIAM: Appellant's petition for an appeal *nunc pro tunc* from a traffic violation conviction to the Court of Common Pleas of Indiana County is granted and the case is remanded for consideration of the appeal.